## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: John H. Mogensen and Maryanne Mogensen<br>　　　　　　　　Debtors<br>Bank of America, N.A., or its Successor or Assignee<br>　　　　　　　　Movant<br>　　　　vs.<br>Frederick L. Reigle, Trustee<br>John H. Mogensen and Maryanne Mogensen<br>　　　　　　　　Respondents | Chapter 13<br>Bankruptcy No. 13-13109 SR |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of Bank of America, N.A., secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated: April 26, 2013

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE, I.D.# 34419
MARISA J. COHEN, ESQUIRE, I.D. # 87830
KEVIN T. McQUAIL, ESQUIRE, I.D. # 307169
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
Attorney for Bank of America, N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com