United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-13109-sr
John H. Mogensen                                                      Chapter 13
Maryanne C. Mogensen
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Violet              Page 1 of 3              Date Rcvd: May 30, 2013
                              Form ID: B91NEW           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2013.
```
db/jdb     +John H. Mogensen,    Maryanne C. Mogensen,    127 Jonathan Drive,    North Wales, PA 19454-1452
aty        +ANN E. SWARTZ,    McCabe, Wesberg & Conway, P.C.,    123 South Broad Street,    Suite 2080,
             Philadelphia, PA 19109-1031
tr         +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
             Reading, PA 19606-0410
smg         City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,
             1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1595
smg        +U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,
             Philadelphia, PA 19106-4404
13016703    Accounts Recovery Bureau Inc.,    P.O. Box 6768,    Wyomissing, PA 19610-0768
13016706    Bank Of America,    Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
13044984    Bank of America, N.A.,    c/o Prober & Raphael,    Attorney for Secured Creditor,    P.O. Box 4365,
             Woodland Hills, CA 91365-4365
13016709   +Cardiology Consultants Physicians,    207 N. Broad St. 3rd Floor,    Philadelphia, PA 19107-1500
13016711   +Central Montgomery Medical Center,    902 North Broad St.,    Lansdale, PA 19446-2323
13016714    Chase/Special Installment,    Att: Collection Department,    900 Stewart Avenue,
             Garden City, NJ 11530-4855
13016719    Citifinancial,    300 St. Paul Place,    Baltimore, MD 21202-2120
13016721    Equifax Credit Information Services, Inc,    P.O. Box 740256,    Atlanta, GA 30374-0256
13016722    Experian Information Systems,    Attn: Dispute Department,    P.O. Box 2002,
             Allen, TX 75013-2002
13016723    Financial Corporation Of America,    P.O. Box 203500,    Austin, TX 78720-3500
13016725    Grimley Financial,    30 Washington Ave. Suite C-6,    Haddonfield, NJ 08033-3341
13016727   +Innovis Data Solutions,    250 E. Town St.,    Columbus, OH 43215-4631
13016728    Lansdale Hospital,    Abington Health Cust: UHS,    P.O. Box 3475,    Toledo, OH 43607-0475
13016729    Lansdale Hospital,    P.O. Box 8311,    Philadelphia, PA 19178-8311
13016730   +Messerli & Kramer PA,    3033 Campus Drive No. 250,    Plymouth, MN 55441-2662
13016731   +Michael A. De Tomasso Esquire,    Univest Bank And Trust,    P.O. Box 1329,
             Bensalem, PA 19020-8329
13016733    National Penn Bank,    Philadelphia & Reading Avenues,    Boyertown, PA 19512
13016735   +Northland Croup Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
13016737   +Penn Medicine,    1500 Market St., UM600,    Philadelphia, PA 19102-2157
13016736    Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
13016740   +Richard J. Boudreau & Associates,    5 Industrial Way,    Salem, NH 03079-4866
13016742   +Stephens & Michaels Associates,    P.O. Box 109,    Salem, NH 03079-0109
13016743   +Telecheck Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5415
13016744   +Transunion Corporation,    2 Baldwin Place,    P.O. Box 1000,    Chester, PA 19016-1000
13016747    Unifund CCR LLC,    P.O. Box 505,    Linden, MI 48451-0505,
13016748    Unifund CCR LLC,    P.O. Box 42121,    CIncinatti, OH 45242-0121
13016749   +Unifund CCR Partners,    10625 Techwoods Circle,    Cincinatti, OH 45242-2846
13016750   +University Of PA Health Systems,    3400 Spruce St.,    Philadelphia, PA 19104-4206
13016751   +Univest National Bank And Trust,    P.O. Box 64197,    Souderton, PA 18964-0197
13016753    Vision Financial Corporation,    P.O. Box 460260,    St. Louis, MO 63146-7260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mwglaw@msn.com May 31 2013 02:04:36    MICHAEL W. GALLAGHER,
             Plymouth Greene Office Campus,    1000 Germantown Pike,    Suite A-1,
             Plymouth Meeting, PA 19462
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2013 02:19:30
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2013 02:24:06    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 31 2013 02:20:47    United States Trustee,
             Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
cr          EDI: RECOVERYCORP.COM May 31 2013 01:33:00    Portfolio Investments II LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13016704    EDI: GMACFS.COM May 31 2013 01:33:00    Ally Financial,    P.O. Box 380902,
             Bloomington, MN 55438-0902
13016705    EDI: ARSN.COM May 31 2013 01:33:00    Associated Recovery Systems,    P.O. Box 469046,
             Escondido, CA 92046-9046
13016707    EDI: BANKAMER.COM May 31 2013 01:33:00    Bank Of America N.A.,    P.O. Box 15222,
             Wilmington, DE 19886-5222
13016708   +E-mail/Text: banko@berkscredit.com May 31 2013 02:17:46    Berks Credit And Collections, Inc.,
             P.O. Box 329,    Temple, PA 19560-0329
13016710   +EDI: CBCSI.COM May 31 2013 01:33:00    CBCS,    P.O. Box 69,    Columbus, OH 43216-0069
13016712   +EDI: CHASE.COM May 31 2013 01:33:00    Chase / BP,    P.O. Box 15298,    Wilmington, DE 19850-5298
13016713   +EDI: CAUT.COM May 31 2013 01:33:00    Chase Auto Finance,    P.O. Box 901076,
             Fort Worth, TX 76101-2076
13016715   +EDI: CITICORP.COM May 31 2013 01:33:00    Citi Bank,    Customer Service,    P.O. Box 6500,
             Sioux Falls, SD 57117-6500
```

```
District/off: 0313-2           User: Violet                Page 2 of 3                  Date Rcvd: May 30, 2013
                               Form ID: B91NEW             Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13016716     +EDI: CITICORP.COM May 31 2013 01:33:00      Citi Bank SImplicity Card,   Customer Service,
              P.O. Box 6500,   Sioux Falls, SD 57117-6500
13016717      EDI: CITICORP.COM May 31 2013 01:33:00      Citibank SD NA,   P.O. Box 6241,
              Sioux Falls, SD  57117-6241
13016718      EDI: CITICORP.COM May 31 2013 01:33:00      Citibank SD NA,   Dispute Unit,   P.O. Box 6497,
              Sioux Falls, SD  57117-6497
13016724     +EDI: GMACFS.COM May 31 2013 01:33:00      GMAC,   P.O. Box 380901,   Bloomington, MN 55438-0901
13016726     +EDI: HFC.COM May 31 2013 01:33:00      HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
13016720      EDI: IRS.COM May 31 2013 01:33:00      Department Of The Treasury,   Internal Revenue Service,
              P.O. Box 21126,   Philadelphia, PA  19114
13016734      E-mail/Text: bankruptcydepartment@ncogroup.com May 31 2013 02:21:40     NCO Financial,
              P.O. Box 41466,   Philadelphia, PA  19101
13016732      EDI: NESF.COM May 31 2013 01:33:00      National Enterprise SYstems,   29125 Solon Road,
              SOlon, OH  44139-3442
13016738      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2013 02:19:31
              Pennsylvania Department Of Revenue,   Department 280946,   Attn: Bankruptcy Division,
              Harrisburg, PA  17128-0946
13016739     +E-mail/Text: nod.referrals@fedphe.com May 31 2013 02:11:48      Phelan Hallinan & Schmeig,
              1617 JFK Plaza Suite 1400,   Philadelphia, PA 19103-1814
13039722      EDI: RECOVERYCORP.COM May 31 2013 01:33:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
13016741      EDI: SEARS.COM May 31 2013 01:33:00      Sears Card,   CitiBank,   P.O. Box 6283,
              Sioux Falls, SD  57117-6283
13016745      EDI: USBANKARS.COM May 31 2013 01:33:00      U.S. Bank N.A.,   800 Nicllet Mall,
              Minneapolis, MN  55402
13016746      EDI: USBANKARS.COM May 31 2013 01:33:00      U.S. Bank N.A.,   Harley Dvidson Credit Card,
              P.O. Box 790408,   St. Louis, MO  63179-0408
13016752      EDI: USBANKARS.COM May 31 2013 01:33:00      US Bank,   P.O. Box 108,
              Saint Louis, MO  63166-0108
13016754     +E-mail/Text: BKRMailOps@weltman.com May 31 2013 02:21:15      Weltman Weinberg & Reis,
              323 W. Lakeside Ave. Suite 200,   Cleveland, OH 44113-1099
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 01, 2013**          **Signature:**     _Joseph Speetjens_

```
District/off: 0313-2          User: Violet              Page 3 of 3                  Date Rcvd: May 30, 2013
                              Form ID: B91NEW           Total Noticed: 63
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2013 at the address(es) listed below:

        ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ASwartz@mwc-law.com, ecfmail@mwc-law.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        MICHAEL W. GALLAGHER    on behalf of Joint Debtor Maryanne C. Mogensen mwglaw@msn.com, mwglaw@comcast.net
        MICHAEL W. GALLAGHER    on behalf of Debtor John H. Mogensen mwglaw@msn.com, mwglaw@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 5

B9I (Official Form 9I) (Chapter 13 Case) (12/12)            Case Number **13–13109–sr**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
*\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\**

The debtor(s) listed below filed a chapter 13 bankruptcy case on 4/8/13 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.*

See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| John H. Mogensen<br>127 Jonathan Drive<br>North Wales, PA 19454 | Maryanne C. Mogensen<br>127 Jonathan Drive<br>North Wales, PA 19454 |
| Case Number:<br>13–13109–sr | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1897<br>xxx–xx–8326 |
| Attorney for Debtor(s) (name and address):<br>MICHAEL W. GALLAGHER<br>Plymouth Greene Office Campus<br>1000 Germantown Pike<br>Suite A–1<br>Plymouth Meeting, PA 19462<br>Telephone number:  (484)679–1488 | Bankruptcy Trustee (name and address):<br>FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>Telephone number:  610–779–1313 |

## Meeting of Creditors
Date:  **June 28, 2013**          Time:  **10:00 AM**
Location:  **#B104** – **Lower Level, 111 S. Independence Mall East, Philadelphia, PA 19106**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit):  **9/26/13**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)):  **10/5/13**

### Financial Management Training
Subject to limited exceptions, pursuant to Rule 1007(b)(7) of the Interim Rules of Bankruptcy Procedure, in order to receive a discharge under Chapter 13, a debtor must file a Certification of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. §111 no later than the last payment made by the debtor as required by the plan. Failure to file the Certification will result in the case being closed without entry of a discharge

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Dischargeability or to Challenge Certain Debts: 8/27/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. This plan proposes payment to the trustee of $56.00 per month for 36 months.
The hearing on confirmation will be held:
Date: **8/14/13**, Time: **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107<br>Telephone number:  (215)408–2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Timothy B McGrath |
|---|---|

| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: 5/30/13 |

# EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Websites: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br><br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Case 13-13109-sr    Doc 22    Filed 06/01/13    Entered 06/02/13 01:31:28    Desc Imaged
Certificate of Notice    Page 7 of 7
Refer to Other Side for Important Deadlines and Notices